NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000008
12-JUL-2017
10:49 AM

NO. CAAP-12-0000008

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

THOMAS GILLIGAN and SHARON GILLIGAN, Plaintiffs-Appellees, v.
CHARLES CARR and CAROL HALL, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC-CIVIL NO. 11-1-2941)

ORDER OF CORRECTION
(By: Ginoza, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order of this court entered on May 25, 2017, is hereby corrected as follows:

1. On page 2, footnote 2: the top line shall be deleted that reads "notices of appeal, Appellant Carr is the only appellant in this appeal." This line is redundant to the previous line appearing on page 1.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, July 12, 2017.

FOR THE COURT:

Associate Judge

---

[1]   Leonard, Presiding Judge, Ginoza and Chan, JJ.